■ EDWARD LECCI, Appellant, v. WILLIAM CAHN, as District Attorney of Nassau County, et al., Respondents.— Judgment of . the Supreme Court, Nassau County, dated February 26, 1971, affirmed, without costs (see *Matter*

*of Lecci v. Mooney*, 33 A D 2d 916). Rabin, P. J., Hopkins, Munder, Latham and Shapiro, JJ., concur.